**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-6203**

—————————

JOHN FRANK MILLER,

Plaintiff - Appellant,

v.

TARA WILSON,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03076-FL)

—————————

Submitted:  January 22, 2026                     Decided:  January 29, 2026

—————————

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John Frank Miller, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Frank Miller appeals the district court's order granting Defendant's motion to dismiss and dismissing Miller's 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Miller v. Wilson*, No. 5:23-ct-03076-FL (E.D.N.C. Feb. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*